■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BUDHWANTIE FERRI, Appellant. [773 NYS2d 586]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered September 10, 2002.

Ordered that the judgment is affirmed (*see People v Kazepis,* 101 AD2d 816 [1984]). Santucci, J.P., Smith, Luciano and Adams, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL FRANKLIN, Appellant. [773 NYS2d 587]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered July 25, 2000, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review the issue of whether the evidence was legally sufficient to establish that the complainant suffered physical injury (*see* CPL 470.05 [2]), and we decline to review it in the exercise of our interest of justice jurisdiction.

The defendant's remaining contentions raised in his supplemental pro se brief are without merit. Santucci, J.P., Florio, Schmidt and Townes, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE FRAZIER, Appellant. [773 NYS2d 587]—Appeal by the defendant from a judgment of the County Court, Westchester County (Molea, J.), rendered March 7, 2002, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Ritter, J.P., S. Miller, Townes, Crane and Rivera, JJ., concur.